AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Jim Hunt, trading as the Hunt Club Clothiers,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV411-172,

Drayprop, LLC, Michael Brown, and Marley Management, Inc.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/30/15, granting the Defendants' motion for summary judgment, judgment is hereby entered closing the case.

9/30/15
Date

(By) Deputy Clerk

GAS Rev 10/1/03